# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| MICHELLE HOLTZ, individually, and on behalf of other members of the general public similarly situated,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>ARAMARK SM MANAGEMENT SERVICES, INC., and DOES 1 through 25,<br><br>　　　　　　Defendants. | Case No. SACV 09-840-JVS (JCX)<br><br>**ORDER ON STIPULATION OF DISMISSAL** |

Morgan, Lewis &
Bockius LLP
Attorneys At Law
New York

DB2/21499304.1

# **ORDER**

Having reviewed the Parties' Stipulation of Dismissal, IT IS HEREBY ORDERED the case *Holtz v. ARAMARK SM Management Services, Inc.,* Case No. SACV 09-840-JVS (JCX), is dismissed without prejudice. All pending proceedings are vacated and no further proceedings shall take place in this action.

IT IS SO ORDERED.

Dated: _January 15, 2010

_____
HON. JAMES V. SELNA
United States District Judge